IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-01158-MSK-KLM

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

    Plaintiff,

v.

SORDID ONES BV dba GAYGRAVY.com and
dba ADULTDEVELOPMENTS.com and
dba STUDPAY.com and
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20

    Defendants.

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO ALL DEFENDANTS

---

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff BluMedia Inc. hereby dismisses all claims made in the above-captioned action, without prejudice, against all defendants.

Dated:  April 29, 2011                          Respectfully submitted,

                                               By:   /s/ Chad L. Belville
                                                      cbelville@azbar.org
                                                      Chad Belville, Attorney at Law
                                                      Admitted to Colorado District Court
                                                      304 East Beth Drive
                                                      Phoenix, AZ 85042

                                                      P.O. Box 17878
                                                      Phoenix, AZ 85011
                                                      Telephone:  480-203-5861
                                                      FAX:  602-297-6953
                                                      E-mail cbelville@azbar.org

                                                      ATTORNEY FOR PLAINTIFF